FILED
DEC - 8 2004
RALPH L. DeLOACH, Clerk
By ______ Deputy

Name
Joshua D. Livingston
P.O. Box 2
Address
Lansing KS 66043

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Joshua D. Livingston, Plaintiff
(Full Name)

v.

Lyon County Et, al., Defendant (s)

CASE NO. 04 3459 GTV
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Joshua D. Livingston (Plaintiff), is a citizen of Kansas (State) who presently resides at Lansing Correctional Facility, P.O. Box 2 Lansing, KS. 66043 (Mailing address or place of confinement).

2) Defendant Lyon County Et, al. (Name of first defendant) is a citizen of Emporia Kansas (City, State), and is employed as ______ (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ] If your answer is "Yes", briefly explain:

I was an inmate of the jail in Lyon County and a defendant in criminal court. The Sheriff's Office is a law inforcement agency. The County Attorney's Office is a County prosecutorial office

3) Defendant ______________________ is a citizen of
(Name of second defendant)
______________________, and is employed as
(city, state)
______________________. At the time the claim(s)
(Position and title, if any)
alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

______________________

______________________

(Use the back of this page to furnish the above information for additional defendants.)

51343(3); 42

4) Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

______________________

______________________

## B. NATURE OF THE CASE

1) Briefly state the background of your case. I was being detained at the jail in Lyon County when I was a victim of an assault and battery at the hands of jailer Doug Crisp on or around May 25th of 2003. I reported this to the jail staff/administrator and to the sheriff's department. I explained that I wished to make a complaint and asked that charges be filed. I was allowed to do neither. On June 22nd of 2003, or about, I was involved with a physical despute with officer Crisp at which time I was put in handcuffs and restrained by other officers. Mr Crisp beat my face and head with his fists and smashed/slammed my head into the concrete. I asked to file a complaint and criminal charges and was denied by jail staff, sheriff's office, County attorney's office.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Cruel and unusual punishment, assault and battery, excessive use of force

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) I was physically beaten and recieved injuries to my head as a result of Doug Crisp's June 20, 2003 attack. Unnecessary pain was inflicted upon me on this occasion as well as on or about May 25th

B)(1) Count II: Negligence

(2) Supporting Facts: I reported the above mentioned incidents to the appropriate departments for the purpose of justice and these departments (Lyon County Jail, Lyon County Shriff's Office, and Lyon County Attorney's Office) failed to inforce the law or protect my rights.

C) (1) Count III: Due Process

(2) Supporting Facts: I was denied due process in filing a complaint or criminal charges.

**D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: ____

Defendants: ____

b) Name of court and docket number ____

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____

d) Issues raised ____

e) Approximate date of filing lawsuit______________________________

f) Approximate date of disposition______________________________

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. ☐ Yes ☒ No
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

## E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

A. appointment of legal council
B. Lyon County Et, al. bare all costs for this action
C. Compensatory damages in the appropriate amount
D. Punitive damages in the appropriate amount
E. Nominal damages in the appropriate amount
F. Declaretory judgement in the appropriate amount
G. Right to ammend petition to include additional claims of violations
H. Right to ammend named respondents to include additional parties
I Right to trial

______________________________
Signature of Attorney (if any)

______________________________
______________________________
______________________________
(Attorney's full address and telephone number)

[signature]
Signature of Petitioner

[signature]
JONATHAN OGLETREE
Notary Public - State of Kansas
My Appt. Expires 8-19-2007

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at Lansing Corr. Fac. (Location) on Nov. 18 (Date), 2004.

Joshua S. Livingston
(Signature)