IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSHUA D. LIVINGSTON,<br><br>    Plaintiff,<br><br>v.<br><br>DOUG ALAN CRISP,<br><br>    Defendant. | Case No. 04-3459-KHV-JPO |

## ENTRY OF APPEARANCE

COMES NOW Chelsi K. Hayden of the firm Shook, Hardy & Bacon L.L.P., and enters her appearance as counsel of record for Defendant Doug Alan Crisp.

    Respectfully submitted,

    SHOOK, HARDY & BACON L.L.P.


    By: /s/ Chelsi K. Hayden
      Wendell F. Cowan, #08227
      Chelsi K. Hayden, #20442

    84 Corporate Woods
    10801 Mastin, Suite 1000
    Overland Park, Kansas  66210-1671
    Telephone: (913) 451-6060
    Facsimile: (913) 451-8879

    ATTORNEYS FOR DEFENDANT

442573v1

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing and the notice of electronic filing was mailed, U.S. Mail, postage prepaid, on May 20, 2005, to the following non CM/ECF participant:

>Joshua D. Livingston, #79848
>Lansing Correctional Facility
>P.O. Box 2
>Lansing, Kansas 66043
>
>*Pro Se Plaintiff*

                                                  /s/ Chelsi K. Hayden
                                                  Attorney for Defendant