IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSHUA D. LIVINGSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-3459-KHV |
| ) | |
| DOUG ALAN CRISP, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

This matter comes before the court on the motion (**doc. 41**) of plaintiff for appoint of counsel.

The court finds that appointment of counsel to represent plaintiff in this case is warranted. After soliciting and receiving responses from the court's pro bono panel, the court hereby appoints Ruth M. Benien, of Benien Law Offices, Chtd., to represent plaintiff. Ms. Benien shall not be obligated to conduct any discovery, to prepare or respond to any motions, and shall not be responsible for the trial of this case. The court reiterates that this appointment will be limited only to the effort to settle the case and will not extend to any other part of the litigation process unless appointed counsel and *pro se* plaintiff otherwise reach an agreement for continued representation by appointed counsel, i.e., if the case cannot be settled, counsel would not be precluded from proceeding with the case on a contingency fee basis if both plaintiff and counsel believe that would be appropriate.

In consideration of the foregoing,

-2-

IT IS HEREBY ORDERED:

1. Ruth M. Benien, a member of the bar of this court, is hereby appointed to represent plaintiff in this case. Ms. Benien's address is 603 Security Bank Bldg., 707 Minnesota Ave., Kansas City, KS 66101-2703. Her telephone number 913-621-7100.

2. Copies of this order shall be sent to plaintiff, Ms. Benien, and all counsel of record.

Dated this 23rd day of February, 2007, at Kansas City, Kansas.

s/ James P. O'Hara<br>
James P. O'Hara<br>
U.S. Magistrate Judge